IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID PATRICK HENDERSON,

    Defendant.

Case No. 3:03cr153

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH AN EXTENDED AND REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On November 7, 2011, the Defendant, having previously been found in violation of his supervised release which began October 31, 2008, appeared in open Court for final disposition. Prior to final disposition, the Defendant admitted to allegation number six, set forth in an Amended Petition directing him to show cause why his supervised release should not be revoked. Following said admission, the Defendant was, once again, found in violation of his supervised release.

Pursuant to the record made at that time, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the

United States, the Bureau of Prisons, for a period of 60 days, with a reimposed, and extended period of 60 months to follow, less the 60-day sentence imposed herein. As conditions of the reimposed and extended period of supervised release, the Defendant is to follow all the rules and regulations of the Probation Department, to comply and fulfill any presently undischarged conditions applicable to his initial period of supervised release and, finally, to follow the supervision plan agreed to by and between the Defendant and the Probation Officer, prior to the date of sentencing.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 15, 2011

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Brett Handmaker, United States Probation Officer